AO 106 (Rev. 01/09)  Application for a Search Warrant

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Mar 23, 2023
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

|  |  |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched* <br> *or identify the person by name and address)* <br> Facebook account ChaNtEL.bRii.bRii.bLaCkMON, <br> Profile ID: 1239064403, stored at premises controlled <br> by Meta Platforms in Menlo Park, CA | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.  4:23-cm-13

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ Western _____ District of _____ Arkansas _____ *(identify the person or describe property to be searched and give its location):*  See "Attachment A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*  See "Attachment B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of _____ 18 _____ U.S.C. § 641, 1001, et al , and the application is based on these facts:  See "Affidavit attachment"

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Charles Briscoe / telephonically SAD

*Applicant's signature*

Special Agent Charles Briscoe, SSA-OIG

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3-23-23

City and state:  ~~El Dorado~~ Texarkana, Arkansas

*Judge's signature*

Barry A. Bryant, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Charles Briscoe, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant for information associated with certain Facebook user IDs that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California.   The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in Meta's possession pertaining to the subscriber or customer associated with the user ID.

2.     I am a Special Agent with the Social Security Administration – Office of the Inspector General (known hereinafter as SSA/OIG) and have been since November of 2009. Prior to my current employment, I was employed as a special agent with the United States Secret Service for a period of eight (8) years.  While being employed with the United States Secret Service and the SSA/OIG, I attended extensive training pertaining to crimes associated with, but not limited to, Social Security fraud, false statements, identity fraud, wire fraud, misuse of social security numbers, embezzlement, money laundering, as well as a vast array of other financial crimes. I received this training from the Federal Law Enforcement Training Center, U.S. Secret Service James J. Rowley Training Center (JJRTC), as well as the Inspector General Criminal Investigators Academy.   Since my employment, I have also received additional training pertaining to the aforementioned criminal activities from various law enforcement training

1

sessions.   During my employment, I have gained experience in working multiple complex criminal cases involving these matters, both on state and federal levels.

3.      The facts in this affidavit come from a joint investigation conducted by the SSA/OIG and the Federal Bureau of Investigation (known hereinafter as FBI).  This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe violations of Title 18, U.S.C. § 641 (Theft of Government Funds), Title 18, U.S.C. § 1001(a)(2) (False Statements), and Title 18, U.S.C. § 371 (Conspiracy to commit crimes against the United States) were committed by Brianna Blackmon (known herein after as BLACKMON) in the Western District of Arkansas.  I believe probable cause exists to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as further described in Attachment B.

## CARES ACT AND THE PAYCHECK PROTECTION PROGRAM

5.      This investigation involves fraudulent schemes perpetrated by multiple suspects to obtain Paycheck Protection Program (known hereinafter as PPP) loans, backed by the U.S. Small Business Administration pursuant to the Coronavirus Aid, Relief, and Economic Security Act, commonly referred to as the CARES Act.  The CARES Act is an economic stimulus bill passed by the U.S. Congress and signed by President Donald Trump on March 27, 2020, as a result of the economic fallout from the COVID-19 pandemic.  The PPP loans were administered to aid small businesses in order to help keep their workforce employed during the COVID-19 crisis.  This program ended on May 31, 2021.  As part of the application process for the PPP loan, applicants chose either Fiscal Year 2019 or Fiscal Year 2020 to provide proof of earned

income associated with their established business.  This also included providing copies or images of identification, such as a state issued driver's license or identification card, as well as a copy of a U.S. Department of Treasury Schedule C Form associated with their 2019 or 2020 tax filings. This form is submitted to support the applicant's claim of gross income earnings associated with their business, allowing for the approval of a calculated loan disbursement amount.

## **PROBABLE CAUSE**

6.     This investigation has revealed BLACKMON was involved in coordinating, orchestrating, and participating in a scheme to obtain fraudulent PPP loans in the El Dorado, Arkansas area, within the Western District of Arkansas, as well as other districts.  As a result of BLACKMON's role in the scheme, she has financially benefitted from the proceeds of fraudulent PPP loans that were approved and disbursed for other individuals involved in the conspiracy.  The investigation has shown that BLACKMON used her knowledge and expertise in filing a multitude of PPP loans.  Evidence of her actions have been developed from analyzing government and bank records, conducting witness and suspect interviews, and by retrieving incriminating postings and comments from her personal Facebook account.

7.     On January 20, 2022, Special Agent (SA) Phillip Garrett, FBI, and I interviewed Shawn Carey (known hereinafter as CAREY) after discovering CAREY had obtained a fraudulent PPP loan.  CAREY admitted to obtaining the PPP loan under fraudulent pretenses and implicated BLACKMON, whom he reported as being his cousin.  CAREY stated BLACKMON was involved in the application process of his loan.  As a result of their concerted efforts, CAREY's PPP loan was approved and $12,366 was deposited into his account.  He further admitted that he and BLACKMON devised a scheme together to receive additional PPP loans for other individuals after BLACKMON reportedly told CAREY they could get "some racks," a

3

slang term for thousands of dollars. During the interview, CAREY provided names of several individuals that BLACKMON had filed PPP loans for. He explained the application process and that photo identifications of "applicants" were used. He further advised he communicated with BLACKMON with his cellular phone to conduct the criminal activities. CAREY confirmed images of photo identification cards of individuals involved in the scheme were still stored in his cellular phone and subsequently provided investigators with consent to search the device. A preliminary search of the phone revealed multiple images of Arkansas driver's licenses and identification cards issued to other people.

8.     On February 1, 2022, I met with a detective from the El Dorado, AR Police Department (known hereinafter as EDPD) after discovering a victim had filed an incident report involving a fraudulently obtained PPP loan. The victim, referred to as "KG," filed a complaint with the EDPD on May 21, 2021 after she discovered from the internet that a PPP loan had been filed with her identity and ultimately funded. KG reported the suspect to be BLACKMON because the address associated with the loan filings was BLACKMON's address. KG advised she knew this because they lived in the same apartment complex. BLACKMON was subsequently interviewed by EDPD, during which, she admitted to "helping" over 100 individuals file for PPP loans but denied being involved with KG's loan. However, I discovered from financial records that the ill-gotten proceeds from KG's fraudulent PPP loan were deposited into a Wells Fargo Bank account owned and controlled by BLACKMON. BLACKMON is currently facing charges for violating Arkansas Code § 5-37-227 (Financial Identity Fraud) and a felony count of Arkansas State Statute § 5-36-201 (c)(1) (Theft of Public Benefits =>$2500) associated with the PPP loan filed under KG's identity.

9.      On June 7, 2022, Special Agent (SA) Issac Brown, FBI, and I interviewed Torrance Hamilton (known hereinafter as HAMILTON) in connection with this scheme. HAMLITON has been identified as a co-conspirator after investigators discovered an image of his Arkansas driver's license in CAREY's cellular phone.   HAMILTON admitted to his participation in obtaining a fraudulent PPP loan.   HAMILTON advised it was common knowledge that CAREY was involved in obtaining PPP loans for individuals.   HAMILTON reportedly made contact with CAREY about filing the fraudulent PPP loan.   According to HAMILTON, CAREY and BLACKMON went to HAMILTON's residence where HAMILTON paid BLACKMON cash in the amount of $100 to process HAMILTON's PPP application. HAMILTON stated he requested BLACKMON to list HAMILTON's business associated with the loan application to a dog grooming business, however, he advised BLACKMON insisted she report he had barbershop business and advised HAMILTON she had commonly used that business type to get PPP loans approved for individuals.   Once the loan was funded, BLACKMON reportedly provided transportation for HAMILTON to make cash withdrawals at ATMs in the area. As a result of BLACKMON's participation, HAMILTON advised he paid her $5,000 in cash payments.

10.     On February 16, 2023, SA Alan Huynh, SSA/OIG, interviewed Tekulvia Traylor (known hereinafter as TRAYLOR) in connection with this scheme.   TRAYLOR has been identified as a co-conspirator after investigators discovered an image of her Arkansas driver's license in CAREY's cellular phone.   TRAYLOR admitted to contacting BLACKMON through Facebook and a Snapchat application regarding filing a PPP loan on her behalf. TRAYLOR stated BLACKMON assisted with the filing of the PPP loan application on her behalf, which TRAYLOR subsequently executed electronically.   As a result, the PPP loan was

5

approved and funded in the amount of $14,331.00. During the interview TRAYLOR advised she did not meet BLACKMON in person but conducted the scheme with her via Facebook and other platforms. As a result of the scheme, TRAYLOR admitted to receiving $6,000.00 of the ill-gotten funds and that BLACKMON electronically received the remaining balance of $8,331.00.

11.     On February 16, 2023, SA Alan Huynh interviewed Maurice Bell (known hereinafter as BELL) in connection with this scheme. BELL has been identified as a co-conspirator after investigators discovered an image of his Arkansas identification card in CAREY's phone. BELL admitted to receiving the proceeds of the fraudulent PPP loan filed under his identity. BELL stated he met with BLACKMON and CAREY at CAREY's residence, during which, BLACKMON submitted the fraudulent PPP loan application on his behalf. BELL stated he paid BLACKMON cash in the amount of $100 for filing the loan and that BLACKMON and CAREY requested he pay them $5,000 once the loan was funded. BELL further stated he did not pay BLACKMON or CAREY any of the funds once the loan amount was disbursed.

12.     Subsequent investigation has discovered Mildred Gilbert (known hereinafter as GILBERT) to be a co-conspirator in the PPP loan scheme. GILBERT has been identified as the grandmother of BLACKMON. An image of GILBERT's Arkansas driver's license was discovered in CAREY's phone. Furthermore, BLACKMON listed GILBERT's residential address on her own fraudulent PPP loan application. The investigation confirmed that GILBERT, herself, had received a fraudulent PPP loan in the amount of $11,458.00. GILBERT was subsequently interviewed by me and SA Issac Brown, on February 17, 2023. GILBERT stated BLACKMON approached her about filing for the fraudulent PPP loan using her identifiers, to which GILBERT agreed. GILBERT advised BLACKMON was involved in filing

the loan and submitting a fraudulent Schedule C Form to secure the loan, but that she did not witness BLACKMON conducting the activities.   GILBERT further admitted once the loan disbursement was deposited into her bank account, she made cash withdrawals, paying BLACKMON "thousands of dollars."

## SOCIAL MEDIA EXPLOITATION

13.   **Personal   Facebook   Account:   BRii   Blackmon   (URL: Facebook.com/ChaNtEL.bRii.bRii.bLaCkMON)   (Profile ID: 1239064403).**   During the course of investigation, I discovered BLACKMON's Facebook account to be titled, "BRii Blackmon." Interviews conducted in this case revealed the alias "Brii" (phonetically B-R-E-E), has been commonly used by BLACKMON. As of February 23, 2023, the profile photograph of BLACKMON's Facebook page is a picture of BLACKMON surrounded by ultrasound photographs of a baby.  BLACKMON is currently pregnant.  According to the Facebook page, BLACKMON's popularity is illustrated as she has 4,956 "Friends" associated with her account is and followed by 2,386 people.

14.   I conducted a review of the list of "Friends" associated with her account and discovered links with multiple co-conspirator suspects in this investigation.  The review determined that thirteen (13) individuals whose images of Arkansas driver's licenses or Arkansas identification cards found in CAREY's cellular phone were discovered as "Friends" associated with BLACKMON's Facebook account.   The review also discovered two of CAREY's Facebook accounts, both under the alias of "Damita Jo," were found to be linked to BLACKMON's Facebook account under the "Friends" section.

15.    The analysis of the postings and comments associated with BLACKMON's Facebook account were discovered to be incriminating and contained evidentiary value. Below is a summary of said findings:

- April 5, 2021: BLACKMON posted a depiction image of an excited woman with open arms that reads "YOU GET A PPP LOAN! YOU GET A FORGIVEABLE PPP!" BLACKMON posted additional remarks that read, "HMU (Hit Me Up) FOR YOURS," along with laughing emoji faces and an emoji that has cash coming from its open mouth.

- April 6, 2021: BLACKMON posted, "Hmu," along with an emoji that has cash coming out of its open mouth. An individual posted, "I act like everything is ok when deep down I really want that PPP Loan."

- April 7, 2021: BLACKMON posted, "all my clients got buisnesses (sic) even if they never had them before," along with laughing and crying emoji faces. An individual responded to her comment by writing, "It's 2021 damnit, the year that everybody all of a sudden had they own business. PPP me bitch." BLACKMON responded by posting multiple laughing emoji faces and one with cash coming out of its open mouth.

- April 9, 2021: BLACKMON posted, "Y'all didn't think them PPP Loans was gone come thru huh? this finna be one balling ass summer for everybody I helped", along with multiple emojis with cash coming from their open mouth. An individual replied "No Cap" with a winking emoji case. BLACKMON responded with seven (7) emoji faces with cash coming from their open mouths. Another individual replied, "You like me... I wanna see every eat... it's enough for everybody FOH." BLACKMON replied, "yesssss," with an emoji with cash coming from its open mouth and three other emoji faces that have a party hat.

- April 9, 2021: An individual posted "What's PPP loans." BLACKMON replied, "100% forgivable loans for "business" owners. The individual then replied, "oh ok." BLACKMON advised the individual, "can you inbox me please."

- April 9, 2021: BLACKMON posted comments from another individual who explains what the PPP loan program is with "#FreeGame" next to the subject line that reads, "PPP (Paycheck Protection Program) Things you should know about FRAUD."

- April 12, 2021: BLACKMON posted, "I'm still doing PPP loan applications, My health comes first but first come first serve if you paid I promise I'll have you done when I leave the doctor, other than that anybody else who's interested comment or inbox me. $50 upfront & $500 after you're paid. Guaranteed approval thanks to Nica Lou!"

8

- April 12, 2021:  BLACKMON posted, "Stop inboxing me about this! This is not for the PP loan I can't help y'all with this, the numbers are too high unless you're greedy & trying to get a $100,000 loan & go to prison. Hmu for videos though, they show you how to make your own schedule C, what lender website & more accurate numbers." (The content of the subject BLACKMON was referring had been removed)

- April 14, 2021:  BLACKMON posted, "Fellas!! Get dressed, the paid PPP loan ladies are outside," along with laughing emoji faces and an emoji wearing a party hat.

- April 16, 2021: BLACKMON posted remarks from an individual that reads, "Nxggas had SBA's & PPP's and still ain't get no CARS…!?"  BLACKMON replied, "As soon as dra get his PPP He buying a car," along with a laughing emoji face.  (Dra has been identified as BLACKMON's boyfriend).

- April 17, 2021:  BLACKMON posted remarks from an individual that reads, "Borrower funded. Lender funding. SBA approved. THIS ALL MY CLIENTS BEEN SEEING & IM IN A GOOD MOOD SO IM TAKING 2 MORE CLIENTS, YOUR SPOT IS NOT SECURED IF YOU HAVENT PAID YA UPFRONT FEE!!!! IF YOU GONE RUSH ME AND BLOW MY PHONE UP DO NOT BOTHER HITTING ME UP!!!! I HAVE A FEW PEOPLE IM STILL WORKING ON FROM THIS PAST WEEK BECAUSE I BEEN BUSY. IF YOU HAVE PATIENCE AND GONE PAY ME WHEN ITS TIME 7 YOU GO GOT YA UPFRONT HMU NOW!!!!!!"  BLACKMON replied, "Same here! I'm sending refunds to anybody that rush me no questions asked!"

- April 18, 2021: BLACKMON posted, "That PPP loan list ain't stopping shit  it (sic) got my inbox going crazy though   folks are actually doing their research yall dumb af if y'all think these like $40,000 100% forgivable loans gone send anybody to jail you can't splurge on dumb shit spend what you're supposed to on your "business" keep the proof & you're good!" along with laughing emoji faces and an emoji that has cash coming from its open mouth.  In response, an individual commented, "IDGAF. It's up lol I'm buying a building !!!"  BLACKMON replied, "PERIODT!!!! I'm cashing out on something nice too omm!"  Another individual advised the loans are forgivable, to which BLACKMON stated, "Duh  I do forgiveness loans apps too boo," along with laughing emoji faces.  BLACKMON also posted, "You don't need a "real" business & by real I mean a LLC anybody selling can get one under their name as sole proprietor!"  In further discussion, the BLACKMON posted, "yeah the folks who making the fake bank statements & doing it illegally getting themselves into some shit," along with a laughing emoji face.

- April 18, 2021:  BLACKMON posted, "If you ain't got $50 please don't waste my time  I ain't doing nobody stuff for free  y'all don't even be liking me."

- April 18, 2021:  BLACKMON posted, "Me when I go into one of those white businesses on the PPP loan list & fall: 'Oh, my neck, my back, my neck and my back.

Oh, I want $150,000, but we can settle out of court right now for twenty thousand'" along with a laughing emoji face.

- April 19, 2021: BLACKMON posted a gofundme.com solicitation that reads, "Help pay back the PPP loan, organized by Lakeisha Golden. U got 20K ppp loan now the feds after me plz help I can't do jail." Along with this posting, BLACKMON wrote, "Girrrrrrlaaaaaa" along with crying emoji faces.

- April 19, 2021, BLACKMON posted, "If you hmu please read this!" and followed up with a posting from another individual who advised people not to rush her regarding the PPP loan application process.

- April 21, 2021: BLACKMON posted a message from another individual that reads, "So y'all mad folks got PPP loans with no business….meanwhile y'all got student loans with no degrees….Stay outta folks business!!!!!!"

- May 19, 2021: BLACKMON posted a message from another individual that reads, "IF I DID YOUR PPP LOAN AN YOU DIDN'T PAY ME YOU WILL HAVE TO PAY IT BACK THANK YOU."

- May 23, 2021: BLACKMON posted, "Hmu," along with an emoji with cash coming out of its open mouth, as well as a posting from another person advising they want a PPP loan. In response, an individual wrote, "You don't never open your messages." BLACKMON stated, "finna send you my number rm" and "text me."

- May 29, 2021: BLACKMON posted a message from another individual that reads, "we gone get this money have fun  ween hating on nobody!"

- June 8, 2021: BLACKMON posted "Hmu," along with a message from another individual who stated, "PPP is over!! It's Sba Season now  This only a 10K GRANT." In response, an individual wrote, "You don't never answer nobody inbox or it's jus certain ppl u fw (fool with." BLACKMON replied, "I deleted my messenger because I had a overload I couldn't take anymore, if I didn't see your inbox I'm sorry, I helped everybody I could people in over 5 different states, I didn't have any picks & chooses. I tried to go in order but it was sooo many people hitting me up." She then advised the individual she was currently in Louisiana "helping 2 people with theirs."

- January 29, 2023: BLACKMON posted, "@everybody who didn't get their loan forgiven y'all gone have some PPProblems," along with multiple laughing emoji faces.

- February 13, 2023: BLACKMON posted a message from another individual who stated, "If you got a PPP loan and r wondering if u should be waiting for the feds or making sure u have all the paperwork together… here's the list. So many people on here I recognize, some that actually do have legit businesses n others that ain't

probably ever worked n the field they claimed."  The individual linked a website titled "www.pppdetective.com/flagged."  BLACKMON replied to the message by posting, "I'm unfriending everybody that shared this minding everybody else business but their own  bye bye."

16.     The investigation has dictated that BLACKMON used her Facebook account in furtherance of her schemes associated with the PPP loan fraud.  According to the review of her public Facebook account, BLACKMON posted incriminating evidence, including the solicitation of individuals for her to file their PPP loan applications.  The review also revealed BLACKMON utilized a private messenger feature and inbox as part of the scheme, noting at one point, she had to delete the inbox due to having too many requests for applications. I understand that information and messages deleted from the private messenger feature and/or from the inbox, are still attainable as long as the account has not been deleted by the user and/or a preservation letter has been requested on the specific account.  On February 17, 2023, the EDPD submitted a preservation letter for BLACKMON's Facebook account to ensure investigators could access the data later.

## FACEBOOK

17.     Meta owns and operates a free-access social networking website called Facebook that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

18.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address

(including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

19.    Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

20.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

21.    Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations

to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

22.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

23.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

24.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

25.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

26.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

27.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user, but cannot be viewed by people who visit the user's Facebook page.

28.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

29.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase, and a personalized message can be attached to each gift.  Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

30.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

31.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

32.     Some Facebook pages are affiliated with groups of users, rather than one individual user.  Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group.  Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

33.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

34.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a

Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

35.     Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

36.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which

users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

37.     Therefore, Meta is likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

38.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

17

## **CONCLUSION**

39.     Based on the forgoing, I request that the Court issue the proposed search warrant.

40.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

41.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Further your Affiant sayeth not.


Charles Briscoe / telephonically BAB

Charles M. Briscoe, Special Agent
Social Security Administration Office of the Inspector General


3·23-23

Hon. Barry A. Bryant
United States Magistrate Judge

18

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with the Facebook account bearing the screen names **BRii Blackmon (URL:  Facebook.com/ChaNtEL.bRii.bRii.bLaCkMON) (Profile ID: 1239064403)** that are stored at premises owned, maintained, controlled, or operated by Meta, a company headquartered in Menlo Park, California.

2

## ATTACHMENT B

### Particular Things to be Seized

## I.   Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)   All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)   All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)   All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)   All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments;

1

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)      All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)      All "check ins" and other location information;

(g)      All IP logs, including all records of the IP addresses that logged into the account;

(h)      All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)      All information about the Facebook pages that the account is or was a "fan" of;

(j)      All past and present lists of friends created by the account;

(k)      All records of Facebook searches performed by the account;

(l)      All information about the user's access and use of Facebook Marketplace;

(m)      The types of service utilized by the user;

(n)      The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)      All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)      All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

**II.      Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, U.S.C. § 641 (Theft of Government Funds), Title 18, U.S.C. § 1001(a)(2) (False Statements), and Title 18, § U.S.C. 371 (Conspiracy to commit crimes against the United States) involving Brianna Blackmon since the March 1, 2021, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a)  Evidence pertaining to the violations of the theft of government funds, false statements as they relate to Paycheck Protection Program (PPP) loans, and conspiracy to commit crimes against the United States such as photographs, videos, transactions, instructions, directions, file exchanges, and messages between the suspect and multiple other individuals, to include but not be limited to associations with businesses, tax information, personal identifiers, and information pertaining to financial institutions.

(b)  Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c)  Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d)  The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

3

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct. I am employed by Meta, and my official title is

_____. I am a custodian of records for Meta. I state that each of

the records attached hereto is the original record or a true duplicate of the original record in the

custody of Meta, and that I am the custodian of the attached records consisting of _____

(pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth, by, or from information transmitted by, a person with knowledge of those

matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity

of Meta; and

c.      such records were made by Meta as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____         _____

Date                            Signature

4